UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
NOV 12 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ALESHIA R. PARKER,

      Plaintiff,

v.                              Case No. 2:13cv710

EYE SURGERY LIMITED, LLC,
ET AL.,

      Defendant

<u>ORDER</u>

    This matter comes before the court on defendants', Peggy Dehne and Martin Casey, Motion to Dismiss (ECF No. 25) and Memorandum in Support (ECF No. 26), both filed on September 10, 2014. The matter was initially referred to a United States Magistrate Judge by Order of April 3, 2014 (ECF No. 19), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the matter.

    A hearing on the matter was held on October 7, 2014. The United States Magistrate Judge's Report and Recommendation (ECF No. 32) was filed on October 21, 2014. The magistrate judge recommended granting defendants', Peggy Dehne and Martin Casey, Motion to Dismiss the complaint against defendant Peggy Dehne in her individual and

official capacity, and dismissed regarding defendant Martin Casey in his individual and official capacity.[1]

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed October 21, 2014. Accordingly, the defendants', Peggy Dehne and Martin Casey, Motion to Dismiss regarding defendant Peggy Dehne in her individual and official capacity, and defendant Martin Casey in his individual and official capacity is **GRANTED**. The Clerk shall so enter judgment for these defendants.

The Clerk shall forward a copy of this Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Chief
United States District Judge    RBS

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

November 12, 2014

---

[1] The complaint is not dismissed regarding defendants Virginia Center for Eye Surgery or Beach Eye Care.

2